IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6-98-293 |
| | ) | 21 USC § 846 |
| v. | ) | 21 USC § 841(a)(1) |
| | ) | 18 USC § 2 |
| JOHN J. WESLEY, JR. | ) | |
| CRAIG JEROME ALEXANDER | ) | |
| MISTY N. NORMAN | ) | INDICTMENT |
| YUKICHI LATTA | ) | |
|    a/k/a Kee | ) | |
| RANDALL WHITE | ) | |

FILED

APR 2 8 1998

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

## COUNT 1

THE GRAND JURY CHARGES:

That beginning on or about a date unknown to the Grand Jury but at least from in or about October 1997, until in or about April 1998, in the District of South Carolina, the Defendants, **JOHN J. WESLEY, JR., CRAIG JEROME ALEXANDER, MISTY N. NORMAN, YUKICHI LATTA,** a/k/a Kee, and **RANDALL WHITE**, knowingly, intentionally and unlawfully did combine, conspire, confederate and agree and have tacit understanding with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about March 27, 1998, in the District of South Carolina, the Defendants, **JOHN J. WESLEY, JR., CRAIG JEROME ALEXANDER, MISTY N. NORMAN, YUKICHI LATTA, a/k/a Kee, and RANDALL WHITE,** did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance, and did aid and abet each other in the commission of the aforesaid offense;

In violation of Title 21, United States Code, Section 841(a)(1), and in violation of Title 18, United States Code, Section 2.

s/Jury Foreperson
JURY FOREPERSON

J. RENÉ JOSEY
UNITED STATES ATTORNEY (abp)